UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 3: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 05-2217-BV ) |
| CHARLES R. HOLLAND, | ) ) ) |
| Defendant. | ) |

## ORDER OF COMPROMISE AND DISMISSAL

The parties having announced to the court, by and through counsel, that all claims between them in this matter have been compromised and settled, this action is hereby DISMISSED, with prejudice, with each party to bear its own costs and attorney's fees.

ENTER:

Judge J. Daniel Breen
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

471916.1

***APPROVED FOR ENTRY:***

**WOOLF, McCLANE, BRIGHT,
ALLEN & CARPENTER, PLLC**

By: *[signature]*

Tony R. Dalton, BPR No. 014812
Ashley M. Barrington, BPR No. 020800
900 Riverview Tower
900 S. Gay Street
P. O. Box 900
Knoxville, TN 37901-0900
(865) 215-1000
*Attorneys for Plaintiff UNUM Life Insurance Company of America*

*[signature]*

Sam P. Zerilla, Esq. – BPR No. 008605
254 Court Avenue
Suite 305
Memphis, TN 38103
*Attorney for Defendant*

471916.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02217 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Tony R. Dalton
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

Honorable J. Breen
US DISTRICT COURT