UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.
05 JUL -7 AM 10: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **CHARLES R. HOLLAND,** | **CASE NO: 2:05-2217-B** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Compromise And Dismissal entered on July 5, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

July 6, 2005
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02217 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Tony R. Dalton
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

Honorable J. Breen
US DISTRICT COURT